# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 14, 2014

148793

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re N S A McCARTHY, Minor.

SC: 148793
COA: 318855
Oakland CC Family Division:
07-739244-NA

_____/

     On order of the Court, the application for leave to appeal the January 29, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 14, 2014



Clerk

p0311